Form 7A-1

UNITED STATES COURT OF INTERNATIONAL TRADE           FORM 7A

Raymond Geddes & Company Inc.

          Plaintiff,    Court No. 25-265

  v.

United States

          Defendant.

### NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: 01/28/26

/s/ John M. Peterson
Signature of Plaintiff's Attorney

John M. Peterson
Attorney for Plaintiff

Neville Peterson LLP
Firm

55 Broadway Suite 2602
Street Address

New York, NY 10006
City, State and Zip Code

212-635-2730
Telephone Number

pklein@npwny.com
E-mail Address

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk

Form 7A-2

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
|  |  |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

                                  Clerk, U. S. Court of International Trade

                                  By: _____
                                             Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; and amended Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)